IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00767-M-RJ

| | |
|---|---|
| RITIKA SINGH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,<br><br>Defendants. | ORDER |

This matter comes before the court on Plaintiff's pro se Motion to Expedite Consideration [DE 8]. He seeks an order directing Defendants to file a response to his Petition for a Writ of Mandamus within ten days so that the court may resolve his claims on the merits before December 26, 2025, the date on which he will be terminated from his employment. DE 8 at 6. Defendants have not yet entered their notices of appearance, so the motion is DENIED as improperly before the court.

SO ORDERED this 5th day of December, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE